**JOHN R. DUREE, JR., INC.**
**A Professional Law Corporation**
**ERIN J. RADEKIN**
**Attorney at Law  - SBN 214964**
428 J Street, Suite 350
Sacramento, California 95814
Telephone: (916) 446-3331
Facsimile: (916) 447-2988

Attorney for Defendant
CHRISTOPHER McCLUER

**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>v.<br><br>CHRISTOPHER McCLUER,<br><br>             Defendant. | **Case No.  09-mj-00339 KJM**<br><br>**MOTION FOR CONTINUANCE OF TRIAL CONFIRMATION HEARING AND TRIAL; STIPULATION AND ORDER** |

### **STIPULATION**

Plaintiff, United States of America, by and through its counsel, Assistant United States Attorney Matthew C. Stegman, and defendant, Christopher McCluer, by and through his counsel, Erin J. Radekin, agree and stipulate to vacate the date set for trial confirmation hearing, October 1, 2009 at 10:00 a.m., and the date set for jury trial, October 19, 2009 at 10:00 a.m., in the above-captioned matter, and to continue the trial confirmation hearing to December 3, 2009 at 10:00 a.m., and the jury trial to January 11, 2010 at 10:00 a.m., in the courtroom of the Honorable Kimberly J. Mueller.

/////

/////

The defense has not yet received any discovery in this matter.  The government has indicated that the discovery is forthcoming.  The Court is advised that Mr. Stegman concurs with this request and has authorized Ms. Radekin to sign this stipulation on his behalf.

The parties further agree and stipulate that the time period from the filing of this stipulation until January 11, 2010 should be excluded in computing time for commencement of trial under the Speedy Trial Act, based upon the interest of justice under 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4, to allow continuity of counsel and to allow reasonable time necessary for effective defense preparation.  It is further agreed and stipulated that the ends of justice served in granting the request outweigh the best interests of the public and the defendant in a speedy trial.

Accordingly, the parties respectfully request the Court adopt this proposed stipulation.

IT IS SO STIPULATED

Dated: September 30, 2009

McGREGOR W. SCOTT
United States Attorney

By:   /s/ Matthew Stegman
MATTHEW STEGMAN
Assistant United States Attorney

Dated: September 30, 2009

/s/ Erin J. Radekin
ERIN J. RADEKIN
Attorney for Defendant
CHRISTOPHER McCLUER

### ORDER

For the reasons set forth in the accompanying stipulation and declaration of counsel, the trial confirmation hearing date of October 1, 2009 at 10:00 a.m., and the jury trial date of October 19, 2009 at 10:00 a.m., are VACATED and the above-captioned matter is set for trial confirmation hearing on December 3, 2009 at 10:00 a.m., and jury trial on January 11, 2010 at 10:00 a.m.  The court finds excludable time in this matter through January 11, 2010 under 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4, to allow continuity of counsel and to allow reasonable time necessary for effective defense preparation.  For the reasons stipulated by the parties, the Court finds that the interest of justice served by granting the request outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. 3161(h)(8)(A), (h)(8)(B)(iv).

1  IT IS SO ORDERED.

2  Dated: September 30, 2009.

U.S. MAGISTRATE JUDGE