**JOHN R. DUREE, JR., INC.**
**A Professional Law Corporation**
**ERIN J. RADEKIN**
Attorney at Law  - SBN 214964
428 J Street, Suite 350
Sacramento, California 95814
Telephone: (916) 446-3331
Facsimile: (916) 447-2988

Attorney for Defendant
CHRISTOPHER McCLUER

**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>v.<br><br>CHRISTOPHER McCLUER,<br><br>          Defendant. | **Case No.  09-cr-00339 KJM**<br><br>**AMENDED STIPULATION FOR CONTINUANCE OF TRIAL CONFIRMATION HEARING AND TRIAL AND BRIEFING SCHEDULE PERTAINING TO MOTION TO SUPPRESS EVIDENCE; STIPULATION AND [PROPOSED] ORDER** |

**STIPULATION**

Plaintiff, United States of America, by and through its counsel, Assistant United States Attorney Matthew C. Stegman, and defendant, Christopher McCluer, by and through his counsel, Erin J. Radekin, agree and stipulate to vacate the dates set for trial confirmation hearing and jury trial in the above-captioned matter, December 3, 2009 at 10:00 a.m. and January 11, 2010 at 10:00 a.m., respectively, and to continue the trial confirmation hearing to February 11, 2010 at 10:00 a.m., and the jury trial to March 1, 2010 at 10:00 a.m., in the courtroom of the Honorable Kimberly J. Mueller.

The defense seeks this continuance in order to file a motion to suppress evidence based on violations to Mr. McCluer's rights under the Fourth Amendment to the United States Constitution,

1 to allow the government to respond to such motion and the defense to reply to such response, and to
2 set a date for hearing on the motion.  The Court is advised that Mr. Stegman concurs with this
3 request and has authorized Ms. Radekin to sign this stipulation on his behalf.

4 The parties further agree and stipulate to the following briefing schedule pertaining to the
5 motion to suppress evidence:

6 Motion to suppress evidence                           December 28, 2009
7 Government's response                                  January 18, 2010
8 Defense reply                                          January 25, 2010

9 The parties agree that the hearing on the motion to suppress will be held on February 4. 2010
10 at 10:00 a.m.

11 The parties further agree and stipulate that the time period from the filing of this stipulation
12 until March 1, 2020 should be excluded in computing time for commencement of trial under the
13 Speedy Trial Act, based upon the filing of the pretrial motion under 18 U.S.C. § 3161(h)(1)(D), the
14 interest of justice under 18 U.S.C. § 3161(h)(8)(B)(iv), and Local Code T4, to allow continuity of
15 counsel and to allow reasonable time necessary for effective defense preparation.  It is further agreed
16 and stipulated that the ends of justice served in granting the request outweigh the best interests of the
17 public and the defendant in a speedy trial.

18 Accordingly, the parties respectfully request the Court adopt this proposed stipulation.

19 IT IS SO STIPULATED

20 Dated: December 2, 2009                    BENJAMIN WAGNER
                                              United States Attorney
21
                                              By:      /s/ Matthew Stegman
22                                            MATTHEW STEGMAN
                                              Assistant United States Attorney
23
Dated: December 2, 2009                           /s/ Erin J. Radekin
24                                            ERIN J. RADEKIN
                                              Attorney for Defendant
25                                            CHRISTOPHER McCLUER

26 / / /

27 / / /

28 / / /

-2-

**ORDER**

For the reasons set forth in the accompanying stipulation and declaration of counsel, the trial confirmation hearing date of December 3, 2009 at 10:00 a.m., and the jury trial date of January 11, 2010 at 10:00 a.m., are VACATED and the above-captioned matter is set for trial confirmation hearing on February 11, 2010 at 10:00 a.m., and jury trial on March 1, 2010 at 10:00 a.m.  The court finds excludable time in this matter through January 11, 2010 under 18 U.S.C. § 3161(h)(8)(B)(iv), (h)(1)(D) and Local Code T4, to allow continuity of counsel and to allow reasonable time necessary for pretrial motions and for effective defense preparation.  For the reasons stipulated by the parties, the Court finds that the interest of justice served by granting the request outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(8)(A), (h)(8)(B)(iv).

IT IS FURTHER ORDERED that the following schedule be set pertaining to the motion to suppress evidence:

| | |
|---|---|
| Motion to suppress evidence | December 28, 2009 |
| Government's response | January 18, 2010 |
| Defense reply | January 25, 2010 |

In addition, the hearing on the motion to suppress evidence shall be held on February 4, 2010 at 10:00 a.m.

IT IS SO ORDERED.

Dated: December 2, 2009.

_____
U.S. MAGISTRATE JUDGE