```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  MATTHEW C. STEGMAN
    Assistant U.S. Attorney
 3  MATTHEW P. DE MOURA
    Certified Law Clerk, Misdemeanor Unit
 4  501 I Street, Suite 10-100
    Sacramento, California  95814
 5  Telephone: (916) 554-2936
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )  <br>                            )  <br>       Plaintiff,           )  <br>                            )  <br>    v.                      )  <br>                            )  <br> CHRISTOPHER MCCLUER,       )  <br>                            )  <br>       Defendant.           )  <br>                            )  <br> _____) | Cr. No. S-09-00339  <br><br> Stipulation to Continue  <br> Briefing Schedule and Hearing  <br> and Order  <br><br> Date: February 4, 2010  <br> Time: 10:00 a.m.  <br> Judge: Hon. Kimberly J. Mueller |

It is hereby stipulated and agreed between the United States and the defendant, CHRISTOPHER MCCLUER, by and through his undersigned counsel, to continue the briefing schedule as follows:

Defendant's Motion to Suppress Was Filed---December 28, 2009

Government's Response due-----------------January 25, 2010

Defendant's Reply, if any, due------------January 29, 2010

Motion Hearing---------------------------February 4, 2010

The Government requests this continuance because of reassignment to new Government counsel.

///

///

///

1

The parties agree that time may continue to be excluded through March 1, 2010, pursuant to Title 18, United States Code, Section 3161(h)(8)(B)(iv), also known as Local Code T4, reasonable time to prepare and pending motion pursuant to Title 18, United States Code, Section 3161(h)(1)(F), also known as Local Code T6.

DATED: January 14, 2010  BENJAMIN B. WAGNER
United States Attorney

By: /s/ Matthew C. Stegman
MATTHEW C. STEGMAN
Assistant U.S. Attorney

DATED: January 15, 2010  ERIN J. RADEKIN
Attorney at Law

By: /s/ Erin J. Radekin
ERIN J. RADEKIN
Attorney at Law
Attorney for Defendant

O R D E R

IT IS SO ORDERED:

DATED: January 20, 2010.

U.S. MAGISTRATE JUDGE