1  **JOHN R. DUREE, JR., INC.**
   **A Professional Law Corporation**
2  **ERIN J. RADEKIN**
   **Attorney at Law  - SBN 214964**
3  428 J Street, Suite 350
   Sacramento, California 95814
4  Telephone: (916) 446-3331
   Facsimile: (916) 447-2988
5
   Attorney for Defendant
6  CHRISTOPHER McCLUER

7
                      IN THE UNITED STATES DISTRICT COURT FOR THE
8
                            EASTERN DISTRICT OF CALIFORNIA
9

10

11  UNITED STATES OF AMERICA,
                                              **Case No.  09-CR-00339 KJM**
12               Plaintiff,

13  v.

                                              **STIPULATION FOR MODIFICATION OF**
14  CHRISTOPHER McCLUER,                       **BRIEFING SCHEDULE; STIPULATION**
                                              **AND ORDER**
15               Defendant.

16

17

18

19                               **STIPULATION**

20          Plaintiff, United States of America, by and through its counsel, Assistant United States

21  Attorney Matthew C. Stegman, and defendant, Christopher McCluer, by and through his counsel,

22  Erin J. Radekin, agree and stipulate to modify the due date for defendant's reply to the government's

23  opposition to defendant's motion to suppress evidence from January 29, 2010 to February 1, 2010.

24  The remaining dates for hearing, trial confirmation hearing and trial, shall remain as set.

25          The defense seeks this modification to afford additional time to respond to the government's

26  opposition to defendant's motion to suppress evidence, which was filed on January 25, 2010.  The

27  Court is advised that Mr. Stegman concurs with this request and has authorized Ms. Radekin to sign

28  this stipulation on his behalf.

1      Accordingly, the parties respectfully request the Court adopt this proposed stipulation.

2    IT IS SO STIPULATED.

3    Dated: January 29, 2010                          BENJAMIN WAGNER
                                                       United States Attorney
4
                                                  By:_____/s/ Matthew Stegman_____
5                                                      MATTHEW STEGMAN
                                                       Assistant United States Attorney
6
     Dated: January 29, 2010                      _____/s/ Erin J. Radekin_____
7                                                      ERIN J. RADEKIN
                                                       Attorney for Defendant
8                                                      CHRISTOPHER McCLUER

9

10                                   **ORDER**

11      For the reasons set forth in the accompanying stipulation and declaration of counsel, the due

12   date for defendant's reply to the government's opposition to defendant's motion to suppress

13   evidence is modified to February 1, 2010.  The dates set for hearing on the motion to suppress

14   evidence, trial confirmation hearing, and trial shall remain as set.

15   IT IS SO ORDERED.

16   Dated:  January 29, 2010.

17

18

19                                                _____
20                                                U.S. MAGISTRATE JUDGE
21

22

23

24

25

26

27

28