IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

      Plaintiff,                                  No.  Cr. S-09-339 KJM

    vs.

CHRISTOPHER MCCLUER,

      Defendant.                        <u>ORDER</u>

_____/

        This matter was on calendar on March 11, 2010 for a status conference.  Erin J. Radekin, Attorney at Law, appeared for defendant, who was not present in accordance with his waiver of appearance.  Matthew Stegman, Assistant United States Attorney, and Matthew P. De Moura, Certified Law Student, appeared for the government.

        The government has filed a motion for reconsideration of this court's order of February 24, 2010 granting defendant's motion to suppress evidence.  The court sets the following schedule for further proceedings on the motion:

        Defendant's opposition is due by March 25, 2010, at the close of business;

        The government's optional reply is due by April 1, 2010, at the close of business;

        Argument on the motion is set for April 8, 2010 at 10:00 a.m. in Courtroom 26.

/////

The court excludes time through April 8, 2010 under 18 U.S.C. § 3161(h)(1)(D) and Local Code E.  See United States v. Torres-Lona, 2006 WL 3254538 (N.D. Iowa 2006), aff'd, 491 F.3d 750 (8th Cir. 2007), cert. denied, __ U.S. __, 128 S. Ct. 927 (2008); United States v. Vogl, 374 F.3d 976, 984 (10th Cir. 2004).

DATED:  March 11, 2010.

_____
U.S. MAGISTRATE JUDGE