```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  MATTHEW C. STEGMAN
    Assistant U.S. Attorney
 3  MATTHEW P. DE MOURA
    Certified Law Clerk, Misdemeanor Unit
 4  501 I Street, Suite 10-100
    Sacramento, California 95814
 5  Telephone: (916) 554-2936
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>CHRISTOPHER MCCLUER, )<br>)<br>Defendant. )<br>_____) | Cr. No. S-09-00339 KJM<br><br>GOVERNMENT'S MOTION TO DISMISS<br>AND ORDER<br><br><br>DATE: March 24, 2010<br>TIME: 9:00 a.m.<br>JUDGE: Hon. Kimberly J. Mueller |

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, plaintiff United States of America, by and through its undersigned attorney, hereby moves this Honorable Court for an Order dismissing Cr. No. S-09-00339 KJM.

Dated: May 25, 2010                    BENJAMIN B. WAGNER
                                       United States Attorney

                                   By: /s/ Matthew C. Stegman
                                       MATTHEW C. STEGMAN
                                       Assistant U.S. Attorney

<u>O R D E R</u>

IT IS SO ORDERED:

DATED: May 25, 2010.

_____
U.S. MAGISTRATE JUDGE